Hunt v. Warshung.

GEORGE H. FARRIER, PLAINTIFF IN ERROR, v. THE STATE EX REL., HUGH DUGAN, DEFENDANT IN ERROR.

In error to the Supreme Court. For opinion of Supreme Court, see 18 *Vroom* 383.

For the plaintiff in error, *R. B. Seymour.*

---

CAROLINE R. HUNT, PLAINTIFF IN ERROR, v. THE STATE, SIGMUND WARSHUNG, PROSECUTOR, DEFENDANT IN ERROR.

In error to the Supreme Court. For opinion of Supreme Court, see 18 *Vroom* 256.

For the plaintiff in error, *Vail & Ward.*

For the defendant in error, *R. E. Chetwood.*

PER CURIAM. The judgment in this case is affirmed, for the reasons given by the Supreme Court in its opinion.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, MAGIE, PARKER, REED, BROWN, CLEMENT, COLE, McGREGOR, PATERSON, WHITAKER. 13.

*For reversal*—None.